IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-25-DCK

| | |
|---|---|
| RONALD P. SHUE, | ) |
| Plaintiff, | ) |
| v. | )    **ORDER** |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Exempt Parties From Mediation" (Document No. 12) filed June 21, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>deny</u> the motion. However, the Court will <u>stay</u> the mediation requirement until otherwise ordered.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Exempt Parties From Mediation" (Document No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that the requirement of mediation is **STAYED** in this matter until otherwise ordered.

Signed: June 21, 2012

David C. Keesler
United States Magistrate Judge