# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-25-DCK

| | |
|---|---|
| RONALD P. SHUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| THE SOUTHWEST, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Exempt Parties From Mediation" (Document No. 12) filed June 21, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will deny the motion. However, the Court will stay the mediation requirement until otherwise ordered.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Exempt Parties From Mediation" (Document No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that the requirement of mediation is **STAYED** in this matter until otherwise ordered.

Signed: June 21, 2012

David C. Keesler
United States Magistrate Judge