# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Ronald P. Shue ,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-00025-DCK

Life Insurance Company of the Southwest ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/4/2012 Order.

Signed: October 5, 2012

Frank G. Johns, Clerk
United States District Court